USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CHADWICK RICHARDS,

                Defendant.

24 CR 539 (VB)

~~[PROPOSED]~~ ORDER

      Upon consideration of the Government's unopposed motion for an order directing the defendant to pay, and the Clerk of Court to accept, presentence payments toward the criminal monetary penalties to be imposed against the defendant in this case, it is hereby:

      ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall receive payments submitted by or on behalf of the defendant and maintain such payments on deposit until the time of sentencing; and it is further

      ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

      **SO ORDERED.**

_____11/26_____, 2024.

                                          _____
                                          HON. VINCENT L. BRICCETTI
                                          UNITED STATES DISTRICT JUDGE