# Federal Defenders
## OF NEW YORK, INC.

Southern District
8 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124  Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/25

February 24, 2025

**BY ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Chadwick Richards*, 24-cr-539 (VB)

Dear Honorable Judge Briccetti:

Mr. Richards respectfully requests that his United States passport be released by Pre-Trial Services to my office so that we can arrange to return it to his family.

Mr. Richards was released on conditions following his arrest on October 17, 2023. One of his release conditions was that he surrender his United States passport to Pre-Trial Services, which he did. Mr. Richards was sentenced to 12 months and a day on December 19, 2024. He self-surrendered to FCI Elkton on February 17, 2025.

Mr. Richards's family was hoping to have his passport returned now that he is serving his sentence. It is my understanding that Pre-Trial Services will have to return his passport to the Department of State absent a court order releasing it to either my office or his family. I have consulted with his wife, who requested that the passport be returned to our office so that we can arrange for it to be sent to her in Texas. Therefore, I am respectfully requesting an order from this Court permitting the release of his passport to the Federal Defenders of New York, Inc.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Chadwick Richards

cc: David Markewitz, AUSA

---

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 2/25/25
White Plains, NY

The defendant's passport shall be released to his attorney (Federal Defenders) who may send it to defendant's wife.